# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2760

_____

MARVIN L. ROBERTS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Amended Petition for Belated Appeal – Original Jurisdiction.

March 9, 2018

PER CURIAM.

The petition for belated appeal is denied on the merits.

ROWE, RAY, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marvin L. Roberts, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Jason W. Rodriguez, Assistant Attorney General, Tallahassee, for Respondent.